# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | **1:10-cr-24** |
| **v.** ) | |
| ) | **Judge Collier/Lee** |
| ) | |
| **RYAN BIRT, also known as "Lil R"** ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that from in or about August 2007 until in or about November 2009, in the Eastern District of Tennessee, the defendant, RYAN BIRT, also known as "Lil R," having previously been convicted in court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, namely, a Bryco Arms 9mm semi-automatic, and ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury charges that on or about November 19, 2009, in the Eastern District of Tennessee, the defendant, RYAN BIRT, also known as "Lil R,"did knowingly possess material that contained images of child pornography, as defined in 18 United States Code § 2256(8), that had been transported in interstate commerce by means of a computer, in violation of 18 United States Code §§ 2252A(a)(5)(B) and (b)(2).

## COUNT THREE

The Grand Jury further charges that on or about November 7, 2009, in the Eastern District of Tennessee, the defendant, RYAN BIRT, also known as "Lil R," knowingly received child pornography, as defined in 18 United States Code § 2256(8), that had been transported in interstate commerce by means of a computer; in violation of 18 United States Code §§ 2252A(a)(2) and (b)(1).

                                        A TRUE BILL

                                      **/s/ Grand Jury Foreperson**
                                      FOREPERSON OF THE GRAND JURY

James R. Dedrick
United States Attorney

By: /s/ Christopher D. Poole
    Christopher D. Poole
    Assistant U.S. Attorney