**CRIMINAL CASE COVER SHEET**        **U.S. ATTORNEY'S OFFICE**

**Place of Offense:**

**City:** Chattanooga

**County:** Hamilton

**Defendant Information:**

**Juvenile** ____ Yes ____ No     **Matter to be Sealed:** _X_ Yes ____ No

**Defendant Name:** Ryan Birt

**Total # of Counts:** ___ Petty ___ Misdemeanor (Class ___) _3_ Felony

|  | U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | Title 18, United States Code, Section 922(g)(1) | 1 |
| Set 2 | 18 United States Code §§ 2252A(a)(5)(B) and (b)(2) | 2 |
| Set 3 | 18 United States Code §§ 2252A(a)(2) and (b)(1) | 3 |

(Use tab key after entering counts to create additional rows)

Criminal Complaint Filed: Yes ____ Case No. _____ No _x_

For Informations, name of defendant's attorney:

Retained: ____     Appointed: ____

Interpreter: Yes ____ Language _____ No ____

Related Case(s)–Include case number(s) and how related:

Date: 2/23/2010     Signature of AUSA: /s/ Christopher D. Poole