U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

___ Initial Appearance ___ Complaint ___ Preliminary Exam ___ Motion Hearing
___ Indictment ___ SSI ___ Information ✓ Detention Hearing ___ Bond Hearing
___ Petition for Probation/Supervised Release action ___ Arraignment ___ Arraignment on SSI

Case No. **1:10CR24** USA v. **Ryan Birt**

**PRESENT**: Honorable **Bill Carter** ___ U.S. District Judge OR ✓ U.S. Magistrate Judge

**Chris Poole** — Assistant U.S. Attorney
**Dan Ripper** — Attorney for Defendant ___ Appt. ___ Retd ___ Ltd. App.
**Brent Starnes** — Probation Officer

**Kelli Jones** — Courtroom Deputy
**Robin Fouraker** — Court Reporter
Interpreter(s) ___ SWORN

Tape # ___ From: ___ to ___ Digital Recording: Crtrm 1B ___ OR Crtrm 4 ___

**PROCEEDINGS**: ✓ DEFENDANT(S) SWORN

**DATES SET**:

___ Financial affidavit(s) executed
___ Court appointed attorney(s) under CJA
___ Court may require deft(s) repay govt cost of atty(s)
___ Defendant(s) waived appointment of attorney(s)
✓ Defendant(s) specifically advised of rights
___ Deft advised of Rules 20, 5 FRCrP
___ Deft executed waiver of Rule 5, 5.1 hearing
___ Deft waived reading of indictment/information
___ Indictment/Information read
___ Deft pleads not guilty to counts ___
___ Not guilty plea entered by Court on deft's behalf
___ Deft. entered no plea

Detention hearing: ___
Preliminary exam: ___
Revocation hearing: ___
Arraignment: ___
JT: ___
FPT: ___
OTHER: ___

**Deadlines**: Motions: ___ Plea Bargain: ___ Jury Instructions: ___ Other: ___

Court ordered file ___ sealed OR ___ unsealed

**TESTIMONY BY**: ___

**OTHER MATTERS**: ___

**BOND**
___ Govt. motion for detention without bond: ___ granted ___ denied
✓ Court ordered deft released on bond (see order setting conditions of release)
Amount: **$20,000.00** Type: **O/R**

___ Defendant ineligible for release on bond: ___

Deft ___ remanded to custody of U.S. Marshal ___ remained in custody ___ remained on bond ✓ released on bond

Time: **2:25** to **2:40** Date: **3/2/10**

rev 3/09

Case 1:10-cr-00024 Document 10 Filed 03/02/10 Page 1 of 1 PageID #: 17