# U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

☑ **REARRAIGNMENT**
☐ **WAIVER OF INDICTMENT/PLEA**

Case No. **1:10-cr-24**  USA v. **Ryan Birt**

**PRESENT:** Honorable **Curtis L. Collier**  ☑ U.S. District Judge  ☐ U.S. Magistrate Judge

| Chris Poole | Allen Beard | |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant, | Probation Officer |
| Cyndee Palmer | Elizabeth Coffey | |
| Courtroom Deputy | Court Reporter | Interpreter(s) ☐ SWORN |

**PROCEEDINGS:** DEFENDANT(S) ☑ SWORN

- ☐ Financial affidavit(s) executed
- ☐ Court appointed attorney(s) under CJA
- ☐ Court may require deft(s) repay govt cost of atty(s)
- ☐ Defendant(s) waived appointment of attorney(s)
- ☑ Defendant(s) specifically advised of rights
- ☐ Waiver executed
- ☐ Deft waived reading of indictment/information
- ☑ Indictment ☐ Informtion read
- ☑ Defendant pleads guilty to Count(s) **One**
- ☑ Court finds deft competent to plead; plea voluntary
- ☑ Guilty plea accepted by Court; deft adjudged guilty
- ☑ Plea Agreement filed - - - - -  Agreement: ☐ sealed ☑ not sealed

**BOND:** ☐ Deft. referred to Magistrate for bond to be set

Court ordered deft(s) released on _____ bond with standard conditions (see order setting conditions of release)

Govt. motion for detention without bond: ☐ granted ☐ denied ☐ Detention hearing set (see above)

☐ Defendant ineligible for release on bond: _____

**SENTENCING:** **12/16/2010 @ 9:00 a.m.**

**OTHER MATTERS:**

Deft ☐ remanded to custody of U.S. Marshal  ☐ remained in custody  ☐ remained on bond

Time: **2:43** to **2:55**   Date: **8/12/2010**

rev 3/10