**JUDGMENT:** Case No. 1:10-cr-24    USA v. Ryan Birt

**PRESENT:** Honorable Curtis L. Collier    ☑ U.S. District Judge **OR** ☐ U.S. Magistrate Judge

| Chris Poole | Alan Beard | Kim Brown |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |
| DeAndra Hinton | Jeannie Boleman | |
| Courtroom Deputy | Court Reporter | Interpreter   ☐ SWORN |

**PROCEEDINGS:** ☑ Plea agreement accepted by Court   ☑ PSR guidelines are   ☑ accurate   ☐ as modified   ☑ PSR SEALED

☐ Govt/Deft motion for downward departure: ☐ granted ☐ denied
                 upward departure: ☐ granted ☐ denied
            non-guidelines sentence: ☐ granted ☐ denied

Govt motion for third point reduction for acceptance of responsibility ☐ granted ☐ denied

☑ Deft speaks **OR** ☐ Deft declines to speak

**TESTIMONY BY:** _____

☐ Exhibits attached to minutes    ☐ Exhibits in vault

**IMPRISONMENT:** 10 MONTHS on COUNT(s) One

**SUPERVISED RELEASE/PROBATION:** 2 YEARS on COUNT(s) One

**CONDITIONS OF SUPERVISED RELEASE/PROBATION:**

- ☑ report to Probation Officer w/in 72 hrs of release
- ☑ not commit another federal, state or local crime
- ☑ abide by standard conditions on Local Rule 83.10
- ☑ not possess a firearm or other destructive device
- ☑ not illegally possess or use a controlled substance
- ☑ participate in collection of DNA
- ☐ submit to search
- ☐ perform ____ hours of community service
- ☐ comply with any BICE deportation orders
- ☐ participate in program of mental health treatment/anger management and waive all rights to confidentiality regarding treatment
- ☐ comply with Local Rule 83.10 - Sex Offender Treatment
- ☐ pay any financial penalty due
- ☐ provide Probation Office w/access to any required financial info
- ☐ not incur new credit charges or open additional lines of credit
- ☐ no contractual agreements which obligate funds
- ☐ not be employed in position of trust
- ☑ participate in program of testing/treatment for drug/alcohol abuse
- ☐ wear electronic device and pay for service at prevailing rate
- ☐ maintain telephone w/out any special services or devices
- ☐ report to nearest probation office w/in 48 hrs of reentry in the U.S.

**OTHER CONDITIONS:** _____

☑ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment program

**OTHER RECOMMENDATIONS:** _____

**RESTITUTION:**

☐ Interest Waived    ☐ No further payment required after sum of amounts paid by all defts has fully covered compensable injury

**FINE:** _____ **OR** ☐ Waived    **SPECIAL ASSESSMENT:** $100.00    ☑ Payment due immediately    ☐ Interest waived

☑ Court waived fine due to deft's inability to pay    ☑ Deft informed of right to appeal    ☑ Remaining counts dismissed

Deft ☐ remanded to custody of U.S. Marshal   ☐ remained in custody   ☐ remained on bond

Deft to self-report on or before 1/24/2011 at 12:00 noon

Time: 9:25 to 9:35      Date: 12/16/2010

Rev. 3/10